# EXHIBIT A

 United States Patent and Trademark Office

*Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News*

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Apr 14 03:47:25 EDT 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DAILY DELIGHT DD |
| **Goods and Services** | IC 029. US 046. G & S: frozen foods, namely, fruit, seafood, and vegetables and prepared side dishes and entrees consisting predominantly of seafood, meat and/or vegetables. FIRST USE: 19981102. FIRST USE IN COMMERCE: 19981102<br><br>IC 030. US 046. G & S: frozen foods, namely, bread, crepes, unleavened bread in thin sheets, and pasta; frozen bakery desserts; prepared side dishes and entrees consisting predominantly of rice and/or wheat. FIRST USE: 19981102. FIRST USE IN COMMERCE: 19981102 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.18 - More than one drop including teardrops or raindrops; multiple drops (rain, tear, etc.); Raindrops (more than a single drop); Teardrops (more than a single drop)<br>06.03.03 - Ocean; Ripples (multiple waves); Waves, open sea (multiple waves)<br>26.01.03 - Circles, incomplete (more than semi-circles); Incomplete circles (more than semi-circles)<br>26.01.21 - Circles that are totally or partially shaded.<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.11.25 - Rectangles with one or more curved sides |
| **Trademark Search Facility Classification Code** | INAN Inanimate objects such as lighting,clouds,footprints,atomic configurations,snowflakes,rainbows,flames<br>LETS-1 DD A single letter, multiples of a single letter or in combination with a design<br>SHAPES-CIRCLE Circle figures or designs including semi-circles and incomplete circles<br>SHAPES-COLORS-3-OR-MORE Design listing or lined for three or more colors<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 77004547 |
| **Filing Date** | September 21, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 16, 2007 |
| **Registration Number** | 3361287 |

| | |
|---|---|
| International Registration Number | 0904445 |
| Registration Date | January 1, 2008 |
| Owner | (REGISTRANT) Impex Corporation CORPORATION NEW JERSEY 399 St. Pauls Avenue Jersey City NEW JERSEY 07306 |
| | (LAST LISTED OWNER) UNITED ASSET HOLDINGS CORPORATION CORPORATION NEW JERSEY 600 CABOT HILL ROAD BRIDGEWATER NEW JERSEY 08807 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Robert Shepherd |
| Prior Registrations | 2331663;3024362;3137255 |
| Description of Mark | The color(s) blue, yellow, and red is/are claimed as a feature of the mark. The mark consists of wave design in blue with yellow stripe and words Daily delight in red and the over lapping Ds in yellow and red, respectively. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170301. |
| Renewal | 1ST RENEWAL 20170301 |
| Live/Dead Indicator | LIVE |

TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Feb 24 03:47:23 EST 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____   **Record 9 out of 12**

---

[TSDR] [ASSIGN Status] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

# DAILY DELIGHT

| | |
|---|---|
| **Word Mark** | **DAILY DELIGHT** |
| **Goods and Services** | IC 029. US 046. G & S: frozen goods, namely, seafood and prepared side dishes and entrees consisting primarily of seafood and processed vegetables. FIRST USE: 19981102. FIRST USE IN COMMERCE: 19981102 |
| | IC 030. US 046. G & S: frozen foods, namely, prepared side dishes and entrees consisting primarily of rice and/or pasta. FIRST USE: 19981102. FIRST USE IN COMMERCE: 19981102 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75593248 |
| **Filing Date** | November 23, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 28, 1999 |
| **Registration Number** | 2331663 |
| **Registration Date** | March 21, 2000 |
| **Owner** | (REGISTRANT) IMPEX CORPORATION CORPORATION NEW JERSEY P.O. BOX 1555 LIVINGSTON NEW JERSEY 07039 |
| | (LAST LISTED OWNER) UNITED ASSET HOLDINGS CORPORATION CORPORATION NEW JERSEY 600 CABOT HILL ROAD BRIDGEWATER NEW JERSEY 08807 |
| **Assignment** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Recorded** | |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20190501. |
| **Renewal** | 2ND RENEWAL 20190501 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Feb 24 03:47:23 EST 2021

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___ OR Jump to record: ___  **Record 2 out of 26**

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | **DELICIOUS DELIGHTS** |
| **Goods and Services** | IC 029. US 046. G & S: Indian style snack foods sold in the snack food aisle of food stores, namely, roasted peanuts, jack fruit chips, banana chips and pineapple drops. FIRST USE: 20131201. FIRST USE IN COMMERCE: 20140901

IC 030. US 046. G & S: Indian style snack foods sold in the snack food aisle of food stores, namely, kerala mixture comprised of crackers made from chickpea flour and rice flour seasoned with a mixture of Indian spices; Indian style rice flour crackers, sesame balls comprised of sesame seeds, jaggery sweetener made of dates, cane juice and palm sap, cardamom and nutmeg; peanut masala comprised of battered and fried peanuts; peanut balls comprised of peanuts, jaggery sweetener made from dates, cane juice and palm sap, cardamom and nutmeg; chocolate candy drops and plum cake. FIRST USE: 20131201. FIRST USE IN COMMERCE: 20140901 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.17 - Circles, two concentric; Concentric circles, two; Two concentric circles
26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 87018110 |
| **Filing Date** | April 28, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 18, 2017 |
| **Registration Number** | 5234979 |
| **Registration Date** | July 4, 2017 |

| | |
|---|---|
| Owner | (REGISTRANT) Delight Foods Inc. DBA Impex Corporation CORPORATION NEW JERSEY 438 St. Pauls Avenue P.O. Box 1555 Livingston NEW JERSEY 07039 |
| | (LAST LISTED OWNER) UNITED ASSET HOLDINGS CORPORATION CORPORATION NEW JERSEY 600 CABOT HILL ROAD BRIDGEWATER NEW JERSEY 08807 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Robert G. Shepherd |
| Prior Registrations | 2331663;3024362;3137255;AND OTHERS |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of the words "DELICIOUS DELIGHTS" each in a different script format with interlocking letter "D"'s; the lower letter "D" having an extended line underneath the word "DELIGHTS", with an oval shape at the end of the line. The words are contained within the circle design, with an outer contrasting circular border. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS Home   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST
FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Feb 24 03:47:23 EST 2021

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: ____ OR   Jump   to record: ____   **Record 2 out of 3**

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | ETHNIC DELIGHTS |
| **Goods and Services** | IC 029. US 046. G & S: Beef patties; Cheese food; Chicken and dumplings; Frozen appetizers consisting primarily of chicken or seafood; Frozen pre-packaged entrees consisting primarily of seafood; Meat-based snack foods; Prepared dishes consisting primarily of fishcakes, boiled eggs, vegetables, and broth (oden); Ready-to-eat meals comprised primarily of meats, cheese and also including rice. FIRST USE: 20181201. FIRST USE IN COMMERCE: 20181201<br><br>IC 030. US 046. G & S: Bakery products; Frozen foods, namely, grain and bread based appetizers, hors d'oeuvres, and canapés; Rice-based snack foods; Stir-fried rice. FIRST USE: 20181201. FIRST USE IN COMMERCE: 20181201 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.15 - Fire (flames), emanating from objects, words or numbers<br>02.11.04 - Human lips or mouths<br>11.03.13 - Cookers, pressure ; Frying pans, non-electric ; Pans, frying, non-electric ; Pots, cooking ; Pressure cookers ; Sauce pans (non-electric) ; Skillets, non-electric<br>26.17.09 - Bands, curved ; Bars, curved ; Curved line(s), band(s) or bar(s) ; Lines, curved |
| **Serial Number** | 87797463 |
| **Filing Date** | February 14, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 21, 2018 |
| **Registration Number** | 5704849 |

| | |
|---|---|
| **Registration Date** | March 19, 2019 |
| **Owner** | (REGISTRANT) United Asset Holdings Corporation CORPORATION NEW JERSEY 600 CABOT HILL ROAD BRIDGEWATER NEW JERSEY 08807 |
| **Prior Registrations** | 2331663;3024362;3137255;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ETHNIC" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) red, white, yellow and grey is/are claimed as a feature of the mark. The mark consists of red frying pan containing a white circle with the wording "ETHNIC DELIGHTS" in white written inside, showing a yellow flame coming on top of the "I" and a grey oval mark for a mouth. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Feb 24 03:47:23 EST 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: [    ]  OR  [Jump]  to record: [    ]   **Record 2 out of 12**

[TSDR] [ASSIGN Status] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

# SEAFOOD DELIGHT

| | |
|---|---|
| **Word Mark** | **SEAFOOD DELIGHT** |
| **Goods and Services** | IC 029. US 046. G & S: SEAFOOD, FISH, SHELLFISH, FRESH, FROZEN, PASTEURIZED AND PROCESSED SEAFOOD. FIRST USE: 20060417. FIRST USE IN COMMERCE: 20060417 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78637770 |
| **Filing Date** | May 26, 2005 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 21, 2006 |
| **Registration Number** | 3137255 |
| **Registration Date** | August 29, 2006 |
| **Owner** | (REGISTRANT) IMPEX CORPORATION CORPORATION NEW JERSEY 399 ST. PAULS AVENUE JERSEY CITY NEW JERSEY 07306<br><br>(LAST LISTED OWNER) UNITED ASSET HOLDINGS CORPORATION CORPORATION NEW JERSEY 600 CABOT HILL ROAD BRIDGEWATER NEW JERSEY 08807 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Robert Shepherd |

| | |
|---|---|
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SEAFOOD" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160720. |
| **Renewal** | 1ST RENEWAL 20160720 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Feb 24 03:47:23 EST 2021

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: ____ OR Jump to record: ____   **Record 1 out of 2**

*( Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | DESI DELIGHT |
| **Goods and Services** | IC 030. US 046. G & S: Frozen prepared foods, namely, rice-based and wheat-based frozen entrees; and bakery products. FIRST USE: 20040812. FIRST USE IN COMMERCE: 20040812 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78242180 |
| **Filing Date** | April 25, 2003 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 20, 2004 |
| **Registration Number** | 3024362 |
| **Registration Date** | December 6, 2005 |
| **Owner** | (REGISTRANT) Impex Corporation CORPORATION NEW JERSEY 399 St. Pauls Avenue Jersey City NEW JERSEY 07306 |
| | (LAST LISTED OWNER) UNITED ASSET HOLDINGS CORPORATION CORPORATION NEW JERSEY 600 CABOT HILL ROAD BRIDGEWATER NEW JERSEY 08807 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20150114. |
| **Renewal** | 1ST RENEWAL 20150114 |
| **Live/Dead Indicator** | LIVE |