# EXHIBIT B



UNITED000001



UNITED000002



UNITED000003



UNITED000004



UNITED000005