# EXHIBIT C


UNITED000006



UNITED000007





UNITED000009



UNITED000010