# EXHIBIT D



UNITED000011



UNITED000012



UNITED000013