UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED ASSET HOLDINGS CORPORATION AND DELIGHT FOODS INC. <br> *Plaintiffs* <br><br> V. <br><br> GRACE SUPPLY USA, INC. AND ECONOMIC FOOD SOLUTIONS PVT. LTD OF INDIA <br> *Defendants.* | § § § § § § § § § § § | CAUSE NO. 4:21-CV-02012 <br><br> JURY DEMANDED |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's June 22, 2021 Order (Docket No. 4), Plaintiffs United Asset Holdings Corporation and Delight Foods Inc. state that the following persons and entities are financially interested in the outcome of this litigation, to the best of Plaintiffs' knowledge:

1. United Asset Holdings Corporation (Plaintiff)

2. Delight Foods Inc. (Plaintiff)

3. Grace Supply USA, Inc. (Defendant)

4. Economic Food Solutions PVT LTD of India (Defendant)

5. Plaintiffs' Counsel:    Allison J. Miller-Mouer
   Penn C. Huston
   MouerHuston PLLC
   349 Heights Blvd.
   Houston, TX 77007

6. Defendant Grace's Counsel:    Keval Patel
   Attorney and Counselor at Law
   19855 Southwest Freeway, Suite 330
   Sugar Land, Texas 77479

Dated: July 7, 2021.

1

Respectfully Submitted,

MOUERHUSTON PLLC

By: */s/ Allison Miller-Mouer*
    Allison Miller-Mouer
    State Bar No. 24043822
    Penn Huston
    State Bar No. 00796804
    MOUERHUSTON PLLC
    349 Heights Blvd.
    Houston, TX 77007
    Telephone (832) 209-8871
    Facsimile (832) 209-8158
    allison@mouerhuston.com
    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 7, 2021, a true and correct copy of the foregoing was served on all counsel of record via CM/ECF.

    */s/ Allison Miller-Mouer*
    Allison Miller-Mouer