United States District Court
Southern District of Texas
**ENTERED**
June 27, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **DELIGHT FOODS INC.  and UNITED ASSET HOLDINGS CORPORATION,** | § § § § | |
| *Plaintiffs,* | § § | **CAUSE NO. 4:21-CV-02012** |
| **v.** | § § | **JURY DEMANDED** |
| **GRACE SUPPLY USA, INC. and ECONOMIC FOOD SOLUTIONS PVT. LTD OF INDIA,** | § § § § § | |
| *Defendants.* | | |

## ORDER

Before the Court is United Asset Holdings Corporation and Delight Foods, Inc. Unopposed

Motion for Leave to file Plaintiffs' First Amended Complaint and having considered the motion,

that Defendants do not oppose the motion, and the good cause presented, the Court deems the

motion meritorious.  It is therefore

ORDERED that motion is GRANTED and Plaintiffs are permitted to file Plaintiffs' First

Amended Complaint.

SIGNED this _____ 26th _____ day of June, 2023

_____
Andrew S. Hanen
United States District Judge

1